UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ROBERT MOSLEY, JR., VINCENT MOSLEY, AND FELICIA MOSLEY,<br><br>    Plaintiffs,<br>v.<br><br>BEXAR COUNTY, HENRIETTA JOHNSON, JOHN BENNETT, AND SEAN MACAULEY #2899,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§   Cause No. 5:17-cv-583<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

### APPENDIX IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANT BENNETT'S MOTION FOR SUMMARY JUDGMENT

| Exhibit No. | Exhibit Description | Appendix Pages |
|---|---|---|
| 1. | Bexar Criminal Listings & Active Warrants for Mr. Mosley (BCSO 00953-00955) | 1-3 |
| 2. | Mosley's Jail Intake Screening (UHS 0012-0015) | 4-7 |
| 3. | Mosley Psychological Evaluation Request (BCSO 000003) | 8 |
| 4. | Detention Health Care Services (DHCS) Substance Withdrawal: Patient Protocol (UHS 227-228) | 9-10 |
| 5. | Emails between DHCS staff about Mr. Mosley's Fracture (UHS 2137-2138) | 11-12 |
| 6. | 6th Floor C-Tower Floorplan (BCSO 000240) | 13 |
| 7. | Medication Administration Record for Mr. Mosley (UHS 0009) | 14 |
| 8. | Forsberg's Treatment Record of Mr. Mosley (UHS 0016-0018) | 15-17 |
| 9. | Weber's Treatment Record of Mr. Mosley (UHS 0019-0021) | 18-20 |
| 10. | Johnson's Treatment Record of Mr. Mosley (UHS 0021-0022) | 21-22 |
| 11. | Ponton Incident Report for Code-1 (BCSO 000834) | 23 |
| 12. | Bexar County Medical Emergency Code-1 Procedures (BCSO 000241-000243) | 24-26 |

| 13. | Bexar County Jail Observation Logbook (BCSO 000133) | 27 |
| 14. | Criminal Investigations Division Supplementary Report on Mr. Mosley's Death (BCSO 000814-000819) | 28-33 |
| 15. | Bexar County Jail Observation Logbook (BCSO 002553) | 34 |
| 16. | MacAuley Handwritten Timeline of the Morning of Mr. Mosley's Death (BCSO 000018) | 35 |
| 17. | Bexar County Handwritten Log of Events (BCSO 000859-860) | 36-37 |
| 18. | MacAuley Incident Report for Code-1 Blue (BCSO 000836) | 38 |
| 19. | Mosley Deceased Person Information Form (BCSO 000843-000844) | 39-40 |
| 20. | Amended Autopsy Report of Mr. Mosley (BCSO 002564-2572) | 41-49 |
| 21. | Fernanda Porto Carriero et al., *In the Clinic: Hip Fracture*, Annals of Internal Medicine (Dec. 2011) | 50-65 |
| 22. | Laura Bateman et al., *Medical Management in the Acute Hip Fracture Patient: A Comprehensive Review for the Internist*, 12 THE OCHSNER JOURNAL n. 2 (Summer 2012) | 66-75 |
| 23. | Kim Edward LeBlanc et al., *Hip Fracture: Diagnosis, Treatment, and Secondary Prevention*, 89 AMERICAN FAMILY PHYSICIAN n. 12 (June 15, 2014) | 76-82 |
| 24. | Sandra F. Smith et al., *Clinical Nursing Skills: Basic to Advanced Skills* (8th ed. 2012) | 83-86 |
| 25. | Lance C. Brunner et al., *Radiological Decision-Making*, 67 AMERICAN FAMILY PHYSICIAN n.3 (February 1, 2003) | 87-92 |
| 26. | Johnson Deposition | 93-164- |
| 27. | Bennett Deposition | 165-385- |
| 28. | University Health Services (UHS) LVN Job Description (UHS 2100-2101) | 386-387 |
| 29. | UHS Staff Nurse III Job Description (UHS 2391-2392) | 388-389 |
| 30. | Texas Nursing Regulations, Tex. Adm. Code §217.11 | 390-393 |
| 31. | Forsberg Deposition | 394-512 |
| 32. | Vestal Deposition | 513-656- |
| 33. | Weber Deposition | 657-823 |
| 34. | Brown Deposition | 824-915 |

| | | |
|---|---|---|
| 35. | Feig Deposition | 916-1011 |
| 36. | Whiteley Deposition | 1012-1178 |
| 37. | Ponton Deposition | 1179-1263 |
| 38. | Anna Lukačišinová Ballóková & Daniela Fialová, *Benzodiazepines, Age-Related Pharmacological Changes, and Risk of Falls in Older Adults*, 3 NEUROPATHOLOGY OF DRUG ADDICTIONS AND SUBSTANCE MISUSE (2016) | 1264-1274 |
| 39. | Detention Health Care Services (DHCS) Blood Pressure Monitoring Policies and Procedures (UHS 2156-2158) | 1275-1277 |
| 40. | Martyn Parker & Antony Johansen, *Clinical Review: Hip Fracture*, 333 BMJ (July 1, 2006). | 1278-1281 |
| 41. | The American Association of Orthopaedic Surgeons, *Hip Fractures*, OrthoInfo, *available at* https://orthoinfo.aaos.org/en/diseases--conditions/hip-fractures. | 1282-1294 |
| 42. | Denise R. Ramponi et al., *Imaging: Hip Fractures*, 40 ADVANCED EMERGENCY NURSING JOURNAL VOL. 40, NO. 1 (Jan.-Mar. 2018) (hereinafter, Ramponi, *Imaging: Hip Fractures*) | 1295-1302 |
| 43. | DHCS Access To Care Policies and Procedures (UHS 0268-0269) | 1303-1304 |
| 44. | DHCS Receiving Screening Policies and Procedures (UHS 0433-0446) | 1305-1318 |
| 45. | Nursing Center, Neurovascular Assessment, available at https://www.nursingcenter.com/getattachment/Clinical-Resources/nursing-pocket-cards/Neurovascular-Assessment/Neurovascular-Assessment.pdf.aspx. | 1319-1323 |
| 46. | DHCS Health Record Format and Contents Policies and Procedures (UHS 0549-00554) | 1324-1329 |
| 47. | DHCS Standards for Nursing Practice (UHS 2152-2155) | 1330-1333 |
| 48. | Innerarity Report | 1334-1373 |
| 49. | DHCS Emergency Services Policies and Procedures (UHS 0466-0471) | 1374-1379 |
| 50. | Provider On-Call Services Policy (UHS 1510-1513) | 1380-1383 |
| 51. | Guerra Deposition | 1384-1505 |
| 52. | MacAuley Deposition | 1506-1696 |
| 53. | Holmes Deposition | 1697-1878 |