

**JOE D. GONZALES**
BEXAR COUNTY CRIMINAL DISTRICT ATTORNEY
PAUL ELIZONDO TOWER
101 W. NUEVA
SAN ANTONIO, TEXAS 78205
(210) 335-2311

November 1, 2019

Bexar County Clerk  
100 Dolorosa, Suite 104  
San Antonio, Texas 78205

United States District Court, Western District of TX  
655 East Cesar E. Chavez Boulevard, Room G65  
San Antonio, Texas 78206

Bexar County District Clerk  
101 West Nueva, Suite 217  
San Antonio, Texas 78205

RE: Vacation Letter

Dear Sir or Madame:

    I will be out of the office on vacation from November 25 thru November 29, 2019 . Please take this into consideration when scheduling matters. Thank you for your courtesy and attention to the above.

    Sincerely,

/s/ Kristin K. BLoodworth  
KRISTIN K. BLOODWORTH  
Assistant Criminal District Attorney  
Civil Section  
101 W. Nueva St.,7th Floor  
San Antonio, Texas 78205  
Phone: 210.335.3920  
Fax:    210.335.2773  
kristin.bloodworth@bexar.org

Cc:  Brian McGiverin, Executive Director
Austin Community Law Center
1411 West Ave, Ste 104
Austin, Texas 78701
Sent via CM/ECF System
Civil Action No. *5:17-CV-583-XR; Robert Mosley, Jr, et al vs. Bexar County, et al.*

Laura A. Cavaretta
Adriaan Jansse
Cavaretta, Katona & Leighner PLLC
One Riverwalk Place
700 North St. Mary's Street, Suite 1500
San Antonio, Texas 78205
Via CM/ECF System
Civil Action No. *5:17-CV-583-XR; Robert Mosley, Jr, et al vs. Bexar County, et al*

Ranjana Natarajan
Texas Bar No. 24071013
THE UNIVERSITY OF TEXAS SCHOOL OF LAW
727 East Dean Keeton Street
Austin TX 78705
Via CM/ECF System
Civil Action No. *5:17-CV-583-XR; Robert Mosley, Jr, et al vs. Bexar County, et al*


Mark Kosanovich
Fitzpatrick & Kosanovich, PC
P.O. Box 831121
San Antonio, TX 78283
(210)207-7259
Fax: (210)207-8997
Sent via CM/ECF System
Civil Action No:  *5:17-CV-913; Dawnette Alonzo vs. Bexar County, et al.*
             *5:19-CV-337; Frederick O. Silver v. Garcia, et al.*


Allie R. Booker
The Booker Law Firm
1200 Rothwell
Houston, Texas 77002
T: 713-292-2225
F: 713-583-3999
booker@bookerlawfirm.com
Sent via CM/ECF System
Civil Action No. *5-17-CV-683-OG; Gregorio Amador. et al. vs. B. Wolfe, et al.*

Joseph K. Plumbar
Law Office of Joseph Plumbar
1200 Rothwell
Houston, Texas 77002
T: 866-252-3048
jplumbar@plumbarlaw.com
Sent via CM/ECF System
Civil Action No. *5-17-CV-683-OG; Gregorio Amador. et al. vs. B. Wolfe, et al.*

Lance Curtright
Juan Carlos Rodriguez
DE MOTT, McCHESNEY, CURTRIGHT,
ARMENDARIZ, LLP
800 Dolorosa, Ste. 100
San Antonio, Texas 78207
Sent via Email: lance@dmcausa.com
            juancarlos@dmcausa.com
Civil Action No. *19-50124; Trujillo Santoyo v. Bexar County*
            *5:16-CV-855*


Gregory W. Canfield
Law Office of Gregory W. Canfield, PC
888 Isom Road, Suite 203
San Antonio, Texas  78216
Tel:   (210)344-3366
Fax:  (210) 334-4346
Via CM/ECF System
Civil Action No.  *5:19-CV-274-OLG; Carrazvo v. County of Bexar*


Philip M. Ross
1006 Holbrook Road
San Antonio, Texas 78218
Phone: 210/326-2100
Via E-File
Case No: *2019-CI-08371; Laura A. Martinez-Thrash, et al v. Honorable Oscar J Kazen*


Scott C. Thomas
Thomas Melsheimer
Winston & Strawn LLP
2121 North Pearl Street, Suite 900
Dallas, TX 75201
Via CM/ECF System
Civil Action No. *5:18-CV-266-OG; Crawford v. Hernandez, et al*

Robert M. Casillas
TDCJ #2262003
Garza West Unit
4250 Highway 202
Beeville, TX 78102
Sent Regular U.S. Mail
Civil Action No:  *5:19-CV-157; Casillas vs. Bexar County Adult Detention Center*


Dawnette Guerrero (Pro Se)
4407 Valleyfield St.
San Antonio, Texas 78222
Sent Regular U.S. Mail
Civil Action No: *5:17-CV-913; Dawnette Alonzo vs. Bexar County, et al.*


Dawnette Guerrero (Pro Se)
SID#: 1101290
200 N. Comal
San Antonio, Texas 78207
Sent Regular U.S. Mail
Civil Action No: *5:17-CV-913; Dawnette Alonzo vs. Bexar County, et al*


Matthew Hogan #1090721
Bexar County Adult Detention Center
200 North Comal Street
San Antonio, TX 78207
Sent Regular U.S. Mail
Civil Action No: 5:19-CV-00255; *Matthew Hogan vs. Sheriff Javier Salazar, et al.*


Frederick O. Silver
P.O Box 276353
 San Antonio Texas 78227
Sent Regular U.S. Mail
Civil Action No. *5:19-CV-00007;: Frederick O. Silver v. Garcia, et al.*
            *5:19-CV-00337; Frederick O. Silver v. Garcia, et al.*
            *5:19-CV-00561; Frederick O. Silver v. State of Texas, et al*
            *19-50253; Frederick O. Silver vs. Garcia, et al*